**FOR PUBLICATION**

JUL 29 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **ROBERTO CURINSITA MALDONADO**,<br><br>Petitioner,<br><br>v.<br><br>**ERIC H. HOLDER Jr., Attorney General**,<br><br>Respondent. | No. 09-71491<br><br>Agency No. A017-263-848<br><br>**ORDER** |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be heard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.

Judges Graber and Friedland did not participate in the deliberations or vote in this case.